UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL NUNEZ,<br>Petitioner,<br>v.<br>ON HABEAS CORPUS,<br>Respondents. | Case No. 2:26-cv-01103-JFW-DMK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Respondent's Motion to Dismiss, the records and files herein, the Magistrate Judge's Second Report and Recommendation and objections to the Amended Report and Recommendation that were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Second Report and Recommendation is accepted;

2. The Motion to Dismiss as to Petitioner's due process claims is denied;

3. The Motion to Dismiss as to Petitioner's ineffective assistance of counsel claim is denied as moot; and

4. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: November 16, 2026

Honorable John F. Walter
United States District Judge